# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| THOMAS HENRY STRICKLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV1125MLM |
| ) | |
| U.S. DEPT. OF JUSTICE, ) | |
| DRUG ENFORCEMENT ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the court's Memorandum Opinion entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered for Defendant United States Department of Justice, Drug Enforcement Administration, and that Plaintiff's Complaint is **DISMISSED**. [1]

                                        /s/Mary Ann L. Medler
                                        MARY ANN L. MEDLER
                                        UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of September, 2003.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com